27 August 2022

All case numbers submitted by

Juris Superior Chief Justice King Michael Tutankhamen / The Grand Royal Prince Michael Dumpledore III are to be assigned to Prosecutor Kimberly W.

- Same prosecutor from the Supreme Court trial 1993-1997

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

SEP 19 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

TO Prosecutor
Kimberly W

For Review by
Prosecutor
Kimberly W.

verified by Juris superior speaker
20 Sept 2022

20 Sept 2022
- Schedule a conference
- Request submittal of Summons for Rape House 350+
- Register all case submittal by Juris superior to criminal docket registration
- Update emergency contact
- Ensure correct speaker assignment for Juris superior King Michael Tutankhamun / Grand Michael Royal Dumbledore III prince